1909696.doc



**Charles E. Haddick, Jr.**  
Attorney-at-Law  
Admitted in PA

Direct Dial: 717-731-4800  
Direct Fax: 888-811-7144  
chaddick@dmclaw.com

December 17, 2013

**VIA ECF**  
The Honorable Richard P. Conaboy  
United States District Court for the Middle  
District of Pennsylvania  
Federal Building & U.S. Courthouse  
235 N. Washington Avenue  
P.O. Box 1148  
Scranton, PA 18501

      RE: **CLEMENS V. NEW YORK CENTRAL MUTUAL INSURANCE COMPANY (BAD FAITH ACTION)**  
           Docket No.: 3:13-CV-02447-RPC  
           Our File No.: NYC-120  (0055909.0342248)

Dear Judge Conaboy:

    Yesterday, I sent a letter to Ms. Albright advising her that I had raised the possibility of mediation with my client, and that I was waiting to hear back.

    My plan is to notify Ms. Albright as soon as I hear from my client on the subject of mediation.

    I am hopeful that I will receive good news, and will report also to the Court as soon as possible.

                                            Very truly yours,

                                           **DICKIE, MCCAMEY & CHILCOTE, P.C.**

                                           Charles E. Haddick, Jr.

CEH/kao  
cc:    M. Lee Albright, Esquire

DICKIE, McCAMEY & CHILCOTE, P.C. | ATTORNEYS AT LAW  
MAIN: 717-731-4800   FAX: 888-811-7144  
PLAZA 21, SUITE 302 | 425 NORTH 21ST STREET | CAMP HILL, PA 17011-2223 | WWW.DMCLAW.COM

Charlotte, NC | Cleveland, OH | Columbus, OH | Haddonfield, NJ  
Harrisburg, PA | Lancaster, SC | Philadelphia, PA | Pittsburgh, PA  
Raleigh, NC | Steubenville, OH | Wheeling, WV | Wilmington, DE