1926954.doc



**Charles E. Haddick, Jr.**  
Attorney-at-Law  
Admitted in PA

Direct Dial: 717-731-4800  
Direct Fax: 888-811-7144  
chaddick@dmclaw.com

January 9, 2014

**VIA ECF**  
The Honorable Richard Conaboy  
United States District Court for the Middle  
District of Pennsylvania  
Federal Building & U.S. Courthouse  
235 N. Washington Avenue  
P.O. Box 1148  
Scranton, PA 18501

    RE:    **CLEMENS V. NEW YORK CENTRAL MUTUAL INSURANCE COMPANY**  
           **(BAD FAITH ACTION)**  
           **Docket No.: 3:13-CV-02447-RPC**  
           **Our File No.: NYC-120  (0055909.0342248)**

Dear Judge Conaboy:

    I apologize for the bother. I am in receipt of the Court's order referring the case to mediation and appointing Attorney Doran as a mediator.

    I wanted to advise the Court that Mr. Doran's daughter, I believe, who is also a partner in his law firm., had in the past been a plaintiff against Nationwide Mutual Insurance Company in an insurance coverage and/or bad faith claim.  This matter was filed in the Luzerne County Court of Common Pleas, captioned; Lisa M. Doran v. Larry Williams, Vici Price, Nationwide Mutual Insurance Company, et al." with Docket No. 7792-2009. I am wondering if the Court would be inclined to make a replacement appointment given the information provided.

    If the Court would like me to provide this information on a more formal basis such as motion, etc., I would be happy to do so.  I thought I might raise the issue informally with the Court first.

DICKIE, McCAMEY & CHILCOTE, P.C. | ATTORNEYS AT LAW  
MAIN: 717-731-4800   FAX: 888-811-7144  
PLAZA 21, SUITE 302 | 425 NORTH 21ST STREET | CAMP HILL, PA 17011-2223 | WWW.DMCLAW.COM

Charlotte, NC | Cleveland, OH | Columbus, OH | Haddonfield, NJ  
Harrisburg, PA | Lancaster, SC | Philadelphia, PA | Pittsburgh, PA  
Raleigh, NC | Steubenville, OH | Wheeling, WV | Wilmington, DE

The Honorable Christopher C. Conner
January 9, 2014
Page 2

                                              Very truly yours,

                                              **DICKIE, MCCAMEY & CHILCOTE, P.C.**

                                              Charles E. Haddick, Jr.

CEH/kao

cc:    M. Lee Albright, Esquire
        John Doran, Esquire