IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERNIE CLEMENS and NICHOLE CLEMENS, : <br> : <br> Plaintiffs, : <br> : CIVIL ACTION - LAW <br> v. : <br> : <br> NEW YORK CENTRAL MUTUAL : <br> FIRE INSURANCE COMPANY and/or : <br> NYCM INSURANCE GROUP and/or : JURY TRIAL DEMANDED <br> NYCM HOLDINGS, INC., : <br> : <br> : NO. 3:13-CV-02447 <br> Defendants, : | |

## CERTIFICATE OF SERVICE

I, M. Lee Albright, Esquire, certify that on the date indicated below, I served a true and correct copy of the **Plaintiffs' Supplemental Answers to Request for Admissions/Request for Production of Documents and Plaintiffs' Supplemental Answers to Defendant, New York Central Mutual Insurance Company's Interrogatories/Request for Production of Documents, Set II**, on all known counsel of record, as indicated below, via United States First Class Mail.

Charles E. Haddick, Jr., Esquire
Bryon Kaster, Esquire
Dickie McCamey
Plaza 21, Suite 302
425 North 21st Street
Camp Hill, PA 17011

                        Respectfully submitted,

                        PISANCHYN LAW FIRM

                        _____
                        Marsha Lee Albright, Esquire
                        524 Spruce Street
                        Scranton, PA 18503
                        (570) 344-1234
                        (570) 346-9455 – Fax

Dated: February 13, 2015