

# PISANCHYN LAW FIRM
## ATTORNEYS AND COUNSELORS AT LAW
524 Spruce Street, Scranton, PA 18503
Office: (570) 344-1234 • Fax: (570) 346-9455

Michael J. Pisanchyn Jr., Esquire
Douglas A. Yazinski, Esquire
M. Lee Albright, Esquire
Daniel D'Antonio, Esquire
Anne L. Kulesa, Esquire
Bradley D. Moyer, Esquire
Andrew T. Flenner, Esquire

Toll Free: (800) 444-5309

Philadelphia: (215) 784-1212
Wilkes Barre: (570) 824-2300
Harrisburg: (717) 238-3333
Pottsville: (570) 622-3200
Stroudsburg: (570) 424-6000
Williamsport: (570) 327-9999
Reading: (610) 374-1234
Altoona: (814) 944-4444
Mercer: (724) 662-2626
Pittsburgh: (412) 261-1212

March 16, 2015

The United States District Court for the Middle District of PA
The Honorable Richard P. Conaboy
235 North Washington Avenue
Scranton, PA 18503

  Re: **Clemens v. New York Central Mutual Insurance, et al.**
    **Docket #: 3: 13-CV-02447**

Dear Judge Conaboy:

  First, I hope you are well. Next, this morning Plaintiffs received Defendant's, NYCM, correspondence to the Honorable Court regarding the aforementioned matter. Upon review of the same, it is unfortunate that Defendant has failed to provide the Court with Plaintiffs' position regarding the depositions of Mr. Setcavage. As such, in an attempt to assist the Court by providing the full picture of the current issue, attached please find the most recent correspondence to Defendant, NYCM, regarding the same.

  As always, should the Court require additional information, please do not hesitate to contact our office.

          Respectfully submitted,

          /s/ M. Lee Albright

          M. Lee Albright, Esquire

cc: Bryon R. Kaster, Esquire (via electronic notification)

Excellent Attorneys • Nationally Recognized

LACKAWANNA · LUZERNE · SUSQUEHANNA · MONROE · WAYNE · WYOMING · BRADFORD · LYCOMING · BERKS · DAUPHIN · SOMERSET · WASHINGTON
CLINTON · MONTOUR · SULLIVAN · CARBON · NORTHUMBERLAND · UNION · PIKE · PERRY · YORK · MIFFLIN · LEHIGH · BEAVER · MONTGOMERY
SNYDER · HUNTINGDON · ELK · JUNIATA · POTTER · SCHUYLKILL · GREENE · ADAMS · DELAWARE · INDIANA · LANCASTER · TIOGA
WESTMORELAND · ARMSTRONG · CENTRE · VENANGO · CAMBRIA · FULTON · MERCER · BUCKS · PHILADELPHIA · LAWRENCE · CUMBERLAND
BUTLER · CLEARFIELD · McKEAN · BEDFORD · LEBANON · JEFFERSON · ALLEGHENY · FAYETTE · COLUMBIA · FRANKLIN · NORTHAMPTON · BLAIR

www.pisanchyn.com