UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

BERNIE CLEMENS, :

    Plaintiff : CIVIL ACTION NO. 3:13-2447

v. :

        (JUDGE MANNION)

NEW YORK CENTRAL MUTUAL :
FIRE INSURANCE COMPANY,
      :
    Defendant
      :

## VERDICT FORM

1. Has the plaintiff established by clear and convincing evidence that the defendant acted in bad faith in the handling of his underinsured motorist claim?

    __X__ YES            ____ NO

If YES, please proceed to Question #2. If NO, please sign the verdict form and return to the courtroom.

2. Please state the amount of damages you award the plaintiff, Bernie Clemens.

    $ _100,000.00_

PLEASE SIGN AND DATE THE VERDICT FORM AND RETURN TO THE COURTROOM.

Date: 11/6/2015

                                JURY FOREPERSON

**COURT EXHIBIT #2**