IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERNIE CLEMENS and NICHOLE CLEMENS, | : : : |
| Plaintiffs, | : CIVIL ACTION - LAW : |
| v. | : : |
| NEW YORK CENTRAL MUTUAL FIRE INSURANCE COMPANY and/or NYCM INSURANCE GROUP and/or NYCM HOLDINGS, INC., | : : : : JURY TRIAL DEMANDED : |
| | : NO.: 3:13-CV-02447 |
| Defendants | : |

## PRAECIPE FOR ENTRY OF APPEARANCE

Kindly Enter the Appearance of Michael R. Mey, Esquire as co-counsel on behalf of Plaintiffs, BERNIE CLEMS and NICHOLE CLEMENS in the above-captioned matter.

Respectfully submitted,

Michael R. Mey, Esquire
Mey & Sulla, LLP
1144 East Drinker Street
Dunmore, PA  18512
(570)961-1929
Co-Counsel for Plaintiffs