# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BERNIE CLEMENS,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:13-2447 |
| v. | : | |
| **NEW YORK CENTRAL MUTUAL FIRE INSURANCE COMPANY,** | : | (JUDGE MANNION) |
| Defendant | : | |
| | : | |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the defendant's renewed motion for judgment as a matter of law pursuant to Fed.R.Civ.P. 50(b), **(Doc. 223)**, is **DISMISSED** with respect to the defendant's argument that the court improperly charged the jury;

**(2)** the defendant's Rule 50(b) motion is **DENIED** in all other respects; and

**(3)** the court will allow judgment on the verdict as entered.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: August 29, 2017