# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BERNIE CLEMENS,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:13-2447 |
| v. | : | |
| **NEW YORK CENTRAL MUTUAL FIRE INSURANCE COMPANY,** | : | (JUDGE MANNION) |
| | : | |
| Defendant | : | |
| | : | |

# **O R D E R**

In accordance with the memorandum issued this same day considering the bill of costs submitted by the plaintiff's attorney on November 20, 2015, **(Doc. 214)**, **IT IS HEREBY ORDERED THAT** the Clerk of Court shall tax the following costs in the above-captioned matter:

|   |   |
|---|---|
| - Fees of the Clerk | $   127.10 |
| - Fees for transcripts | 3,489.60 |
| - Fees for witnesses | 765.66 |
| TOTAL | $ 4,382.36 |

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: August 29, 2017**