# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| BERNIE CLEMENS, | : | |
|---|---|---|
| Plaintiff | : | CIVIL ACTION NO. 3:13-2447 |
| v. | : | |
| NEW YORK CENTRAL MUTUAL FIRE INSURANCE COMPANY, | : | (JUDGE MANNION) |
| Defendant | : | |

# O R D E R

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the plaintiff's petition for attorneys' fees, **(Doc. 215)**, is **GRANTED IN PART AND DENIED IN PART**;

**(2)** the petition is **GRANTED** to the extent that the plaintiff is awarded interest in the amount of $4,986.58;

**(3)** the petition is **DENIED** in all other respects; and

**(4)** the Clerk of Court is directed to serve a copy of the court's memorandum and order upon Paul J. Killion, Chief Disciplinary Counsel, Office of Chief Counsel, Pennsylvania Judicial Center, 601 Commonwealth Avenue, Suite 2700, P.O. Box 62485, Harrisburg, PA 17106.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: August 29, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2447-03-ORDER.wpd